# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Tommy Turtle Lanes, Inc., and<br>Thomas T. Kessler, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | Case No. 4:13-cv-019 |
| North Pointe Insurance Company, | ) ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation of Dismissal With Prejudice" filed on September 4, 2013. The Court **ADOPTS** the stipulation in its entirety (Docket No. 18) and **ORDERS** that the case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 5th day of September, 2013.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court